IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL GRIM,** | 2:08-cv-01462-GEB-KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, et al.,** | |
| Respondent. | |

FOR GOOD CAUSE SHOWN, Respondent's April 16, 2009 Answer is deemed timely and Respondent's March 20, 2009 request for extension of time is moot.

DATED: April 17, 2009.

SA2009308143
30698957.doc

_____
U.S. MAGISTRATE JUDGE

1

[PROPOSED] ORDER (2:08-cv-01462-GEB-KJM)