IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL GRIM,

      Petitioner,                  No. CIV S-08-1462 GEB KJM P

   vs.

D.K. SISTO,

      Respondents.              ORDER

_____/

        The stay entered on June 19, 2009 is hereby lifted. Petitioner's traverse, if any, is due within thirty days of the date of this order.

        IT IS SO ORDERED.

DATED: July 14, 2010.

_____
U.S. MAGISTRATE JUDGE

2
grim1462.ls

1